774

reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky. P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOSEPHINE C. B. LOCKWOOD, Appellant, v. ROSE LENA BOERUM, Individually and as Executrix under the Will of PHILIP C. BOERUM, Deceased, Respondent.— Motion to dispense with printing and for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WARREN J. LOCKWOOD, Respondent, v. HERMANN A. VEIT, Appellant.— Motion for reargument denied. Motion for stay denied, no judgment having been entered upon the decision of this court dated February 6, 1931, and no appeal having been taken. The order, however, is to be settled on notice, at which time plaintiff's right to continue the *status quo* pending appeal will be preserved by the giving of an undertaking, with corporate surety, conditioned for the payment of the difference between six per cent and the amount of interest allowed by the depository, if the judgment be affirmed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

FREDERICK W. I. LUNDY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal denied without prejudice to renewal upon the argument. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LEE MCCANLISS, Appellant, v. IRENE MCCANLISS, Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present— Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GRACE A. MORRISSEY, Appellant, v. ALFRED L. MORRISSEY, Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

RANDOLPH M. NEWMAN, Respondent, v. FANNIE ARNOLD, Appellant, and JULES W. ARNOLD and Others, Defendants.— Motion for stay granted upon condition that appellant perfect the appeal for Friday, March 13, 1931 (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CATHERINE OWENS, as Administratrix, etc., Respondent, v. NATIONAL MAGNESIA COMPANY, INC., Appellant, and Others, Defendants.— Motion for reargument denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CATHERINE OWENS, as Administratrix, etc., Respondent, v. NATIONAL MAGNESIA COMPANY, INC., Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

FRANK PETERSON, Appellant, v. DOROTHY KLEINFIELD and JACOB GREEN, Respondents.— Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MICHAEL PILUSO, Respondent, Appellant, v. WICANDER & Co., INC., Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MICHAEL PILUSO, Respondent, Appellant, v. WICANDER & Co., INC., Appellant, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.